File Hashes for IP Address 50.79.25.9

**ISP:** Comcast Business Communications
**Physical Location:** Mokena, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/27/2013 06:48:51 | 606F8A70BD1B3D378C0971F23762E361288D3C96 | Tuesday Morning |
| 02/20/2013 14:55:33 | 5FAB4E102E5394CEC2AEE88C2B7329E950C9D845 | Apartment in Madrid |
| 02/16/2013 06:05:23 | 10547D5C04C58403560EDCB9A39F905E6F957199 | Sacred Romance |
| 02/16/2013 04:18:56 | B633004EDECC2DDA3720B1F2E526ADA8DD4C0BF0 | A Girl Like You |
| 02/16/2013 01:32:41 | E73F205132941CF7D8222665C08589FD2E1B27C0 | Afternoon Picnic |
| 02/06/2013 06:15:31 | 30E33CAF06C33C11CBDFDB75045976508A9A22B9 | Seeing Double |
| 02/06/2013 05:59:47 | BC6CA05E270EBBF3D40C1ADA701813AF16A9559E | Deep Longing |
| 01/30/2013 07:19:56 | 0BEDC34897CC36ECF404D2E2EB1BE3E03ADF3F51 | Afternoon Solo |
| 01/12/2013 10:06:51 | EB84EA53E74BC79A04865A27BA62404141454390 | Warm Inside |
| 01/08/2013 04:25:53 | D207C259A414746637AE13BA4FA77BBE6F71356D | Sweetest Dreams |
| 12/26/2012 00:18:50 | 3D35CDA96904CB6AC752B721101D1307B277D5A1 | Just the Two of Us |
| 12/25/2012 23:51:43 | 5C794A7AD45A84615DBA0E9F48DE8192D793D3C2 | Naughty and Nice |
| 12/24/2012 22:34:42 | 9FF36203B7D219D4020CE0D709F26D89FBBEB4A7 | A Girls Fantasy |
| 12/24/2012 08:50:10 | 491B207970D59A9111647F2C5995902C520E9E50 | Sent from Heaven |
| 12/18/2012 20:54:09 | F7090B77272B0270B0C49F6835F9F118542E432F | A Love Story |
| 12/18/2012 08:39:14 | 15DF9C48A6D5B89071FE0F4D0F0D1A8FEB71DC2A | Unforgettable View #2 |
| 12/18/2012 08:34:08 | 74475594712AC0EAE673F1892E7F58B1EA9A7803 | Lipstick Lesbians |
| 12/08/2012 08:18:34 | 825E3EBD68932DEEC5959D86D8FD440B97529932 | Unforgettable View #1 |
| 12/05/2012 03:47:03 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |
| 12/05/2012 03:34:05 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 11/12/2012 03:09:16 | 23DB6AAA118AA948AD20CA377399247B36141F02 | Lovers Quarrel |
| 10/21/2012 17:03:32 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 10/21/2012 10:54:34 | 4359DC92664E77CD720AC1416D3700F179E303E6 | Flexible Beauty |

EXHIBIT A

NIL63

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/03/2012 00:42:45 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |
| 09/28/2012 06:37:15 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/26/2012 19:12:19 | F8497BF9F7ED570C21B97E4AA792B9D4D4264019 | Russian Invasion |

**Total Statutory Claims Against Defendant: 26**

EXHIBIT A

NIL63